AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

ROBERT L. GOMEZ, JR.,

        Plaintiff(s),

v.

MILWAUKEE JAIL, et al.,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1740

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED without prejudice for failure to pay the filing fee.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: February 28, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. Corpus
(By) Deputy Clerk